OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 13, 2005

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Mary B. Graham
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

RE:   Neo Magic Corp. V. Trident Microsystems, Inc.
      CA 98-699 KAJ

Dear Counsel:

The Clerk's Office is currently in the process of returning Exhibits in Judge Jordan's closed cases. Presently we have **1-envelope** of Plaintiff's Markman Hearing Exhibits; and **1-expansion folder** of Defendant's Markman Hearing Exhibits to return to you. Please confer with each other and contact the undersigned to schedule pick-up of these exhibits.

***If counsel does not place their order to claim Trial Exhibits by 5/27/05*, the Clerk will destroy any unclaimed exhibits.**

Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

Sincerely,

By: *Bob Cruikshank*
Bob Cruikshank
Deputy Clerk