**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 13, 2005

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Re:  Neo Magic Corp. V. Trident Microsystems, Inc.
     CA 98-699 KAJ

Dear Mr. Rovner:

I am returning to you Plaintiff's Markman Exhibits consisting of 1 envelope. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on May 13, 2005

_____
Signature

/rc