OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**Joanne Ceballos**
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

**Donald F. Parsons, Jr.**
Delaware Court of Chancery
500 N. King Street
Wilmington, DE 19801

RE:    Neomagic Corporation v. Trident Microsystems
       CA 98-699 KAJ

Dear Counsel:

    The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, ***we would like counsel to claim the sealed documents mentioned in the Order by the 27th of July, 2005.*** Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

    ***If counsel does not claim the documents by the above date***, the Clerk will <u>**unseal**</u> any sealed documents and send them to the Records Center in accordance with the Order.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

    Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

## Redacted Version of Docket Sheet

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:98-cv-00699-KAJ
## Internal Use Only

Neomagic Corporation v. Trident Microsystems
Assigned to: Honorable Kent A. Jordan
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 12/14/1998
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Neomagic Corporation**          represented by **Joanne Ceballos**
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503
(302) 658-4265
Email: jceballos@balick.com
*TERMINATED: 06/07/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: provner@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com

*TERMINATED: 07/27/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Trident Microsystems, Inc.**  represented by **Donald F. Parsons, Jr.**
Delaware Court of Chancery
500 N. King Street
Wilmington, DE 19801
(302) 577-2444
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Trident Microsystems, Inc.**  represented by **Donald F. Parsons, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Neomagic Corporation**  represented by **William J. Marsden, Jr.**
(See above for address)
*TERMINATED: 07/27/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne Ceballos**
(See above for address)
*TERMINATED: 06/07/2000*
*ATTORNEY TO BE NOTICED*

Philip A. Rovner
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/1999 | 124 | Expert report of James E. Malackowski by Neomagic Corporation {SEALED}. (ntl) (Entered: 11/16/1999) |
| 11/16/1999 | 125 | Expert report of Joseph C. McAlexander (infringement) by Neomagic Corporation {SEALED}. (ntl) (Entered: 11/16/1999) |
| 12/13/1999 | 174 | Rebuttal report of James E. Malackowski by Neomagic Corporation {SEALED}. (ntl) (Entered: 12/13/1999) |
| 12/15/1999 | 175 | Rebuttal expert report of Joseph C. McAlexander by Neomagic Corporation {SEALED}. (ntl) (Entered: 12/15/1999) |
| 12/27/1999 | 187 | Declaration #1 of Robert J. Murphy in support of D.I. 184 {SEALED}. (ntl) (Entered: 12/27/1999) |
| 12/27/1999 | 188 | Declaration #2 of Robert J. Murphy in support of D.I. 184 {SEALED}. (ntl) (Entered: 12/27/1999) |
| 12/27/1999 | 189 | Declaration #1 of Marcian E. Hoff, Jr., Ph.D. in support of D.I. 184 {SEALED}. (ntl) (Entered: 12/27/1999) |
| 12/27/1999 | 190 | Declaration #1 of Marcian E. Hoff, Jr., Ph.D. in support of D.I. 184 {SEALED}. (ntl) (Entered: 12/27/1999) |
| 01/11/2000 | 193 | Opening Brief Filed by Neomagic Corporation [192-1] motion for Summary Judgment of infringement {SEALED}. (ntl) (Entered: 01/11/2000) |
| 01/11/2000 | 193 | Answer Brief Filed by Neomagic Corporation [184-1] motion for Summary Judgment on the grounds of invalidity and non-infringement - Reply Brief due 1/18/00 {SEALED}. (ntl) (Entered: 01/11/2000) |
| 01/11/2000 | 197 | Declaration of Brian E. Ferguson - Volume I (1-5) {SEALED}. (ntl) (Entered: 01/11/2000) |
| 01/11/2000 | 198 | Declaration of Brian E. Ferguson - Volume II (6-28) {SEALED}. (ntl) (Entered: 01/11/2000) |
| 01/26/2000 | 205 | Reply Brief Filed by Neomagic Corporation [192-1] motion for Summary Judgment of infringement {SEALED}. (ntl) (Entered: 01/27/2000) |

| | | |
|---|---|---|
| 02/04/2000 | 208 | Opening Brief Filed by Trident Microsystems [207-1] motion for partial Summary Judgment regarding non-infringement (foreign sales) {SEALED}. (ntl) (Entered: 02/07/2000) |
| 02/04/2000 | 209 | MOTION with memorandum in support by Neomagic Corporation for Partial Summary Judgment of the construction of the term "component" in 35 U.S.C. 271(f)(2) {SEALED}. (ntl) (Entered: 02/07/2000) |
| 02/10/2000 | 210 | Declaration of David Yao in support of Trident's motion for partial summary judgment of non-infringement (foreign sales) {SEALED}. (ntl) (Entered: 02/11/2000) |
| 02/10/2000 | 211 | Declaration of Peter Jen in support of Trident's motion for partial summary judgment of non-infringement (foreign sales) {SEALED}. (ntl) (Entered: 02/11/2000) |
| 02/25/2000 | 213 | Tutorial Videotape filed by Neomagic Corporation {SEALED}. (ntl) (Entered: 02/28/2000) |
| 02/29/2000 | 214 | Tutorial Videotape filed by Trident Microsystems {SEALED}. (ntl) (Entered: 02/29/2000) |
| 02/29/2000 | 218 | Answer Brief Filed by Neomagic Corporation [207-1] motion for partial Summary Judgment regarding non-infringement (foreign sales) - Reply Brief due 3/7/00 {SEALED}. (ntl) (Entered: 03/01/2000) |
| 03/07/2000 | 220 | Letter to Judge McKelvie from Mary Graham, Esq. dated 3/7/00 submitting comments on Neomagic's tutorial video {SEALED}. (ntl) (Entered: 03/07/2000) |
| 03/07/2000 | 221 | Reply Brief Filed by Neomagic Corporation [209-1] motion for Partial Summary Judgment of the construction of the term "component" in 35 U.S.C. 271(f)(2) {SEALED}. (ntl) (Entered: 03/08/2000) |
| 06/20/2000 | 245 | Opening Brief Filed by Neomagic Corporation [244-1] motion for Summary Judgment of Infringement {SEALED}. (ntl) (Entered: 06/20/2000) |
| 12/11/2000 | 270 | Letter from Philip Rovner, Esq. to Judge McKelvie dated 12/11/00 {SEALED}. (ntl) (Entered: 12/12/2000) |
| 01/12/2001 | 280 | Supplemental Brief Filed by Neomagic Corporation in opposition to Trident's motion for partial summary judgment regarding non-infringement (foreign sales) {SEALED}. (ntl) (Entered: 01/16/2001) |

| 01/17/2001 | 284 | Declaration of M. Elizabeth Day in support of Trident's motion for partial summary judgment regarding inducing infringement and lack of evidence of damages {SEALED}. (ntl) (Entered: 01/17/2001) |
| --- | --- | --- |
| 01/17/2001 | 285 | Answer Brief Filed by Neomagic Corporation in response to Trident's opening brief on supplemental claim construction issues {SEALED}. (ntl) (Entered: 01/17/2001) |
| 01/19/2001 | 287 | Second Supplemental Brief Filed by Neomagic Corporation in opposition to Trident's motion for partial summary judgment regarding non-infringement (foreign sales) {SEALED}. (ntl) (Entered: 01/19/2001) |
| 04/19/2001 | 304 | Answer Brief Filed by Neomagic Corporation [303-1] motion to lift stay on Trident's antitrust claim - Reply Brief due 4/26/01 {SEALED}. (ntl) (Entered: 04/19/2001) |
| 09/20/2002 | 329 | Declaration of Stephen K. Shahida in support of D.I. 327 {SEALED}. (ntl) (Entered: 09/23/2002) |
| 10/18/2002 | 335 | Reply Brief Filed by Neomagic Corporation [326-1] motion for Claim Construction and Summary Judgment of Infringement {SEALED}. (ntl) (Entered: 10/21/2002) |