OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/27/05

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

RE: **Neomagic Corporation v. Trident Microsystems**
CA 98-699 KAJ

Dear Counsel:

Pursuant to the Order entered on 6/28/05 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS: 125, 127, 174, 175, 193, 197, 198, 205, 209, 213, 218, 221, 245, 270, 280, 285, 287, 304, 329 and 335.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: [signature]

I hereby acknowledge receipt of the above mentioned documents on 7/27.

[signature]
Signature