OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/27/05

Mary B. Graham
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE:   **Neomagic Corporation v. Trident Microsystems**
      CA 98-699 KAJ

Dear Counsel:

Pursuant to the Order entered on 6/28/05 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:   187, 188, 189, 190, 208, 210, 211, 214, 220 and 284.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents
on _____          _____
                      Signature