IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEOMAGIC CORPORATION,

      Plaintiff

    v.

TRIDENT MICROSYSTEMS, INC.

      Defendant

TRIDENT MICROSYSTEMS, INC.,

      Counterclaimant

    v.

NEOMAGIC CORPORATION,

      Counterdefendant

Civil Action No. 98-699-KAJ



RECEIVED
SEP - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## REQUEST FOR DISMISSAL OF COUNTERCLAIM

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Trident Microsystems, Inc. hereby requests that its counterclaim against NeoMagic Corporation filed on January 25, 1999, be dismissed without prejudice. Each party shall bear its own costs and attorneys' fees in this matter.

44015859.1

Dated: _August 26, 2005_          MAYER, BROWN, ROWE & MAW LLP

By: _____
      Ian N. Feinberg
      Attorneys for Defendant and Counterclaimant
      Trident Microsystems, Inc.

Dated: _Aug. 25, 2005_          McDERMOTT WILL & EMERY LLP

By: _____
      Brian E. Ferguson
      Attorneys for Plaintiff and Counterdefendant
      NeoMagic Corporation

IT IS SO ORDERED:

_____
The Honorable Kent A. Jordan
United States District Court Judge

44015859.1